IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:26-CR-184 |
| | ) | |
| | ) | JUDGE EVANS |
| LATHERIO FIZER | ) | |

**UNITED STATES' MOTION FOR DETENTION HEARING AND FOR DETENTION OF THE DEFENDANT**

COMES NOW the United States of America by Braden H. Boucek, United States Attorney, and Robert E. McGuire, First Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter.

In this case, the defendant is charged with selling cocaine violation of 18 U.S.C. § 841(a)(1). Federal law states that "the judicial officer *shall* hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government or upon the judicial officer's own motion in a case, that involves…an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act…"18 U.S.C. § 3142(f)(1)(C).

Further, the United States submits that, pursuant to 18 U.S.C. § 3142(e)(3)(A), a rebuttable presumption exists that no condition or combination of conditions will reasonably assure the appearance of the person or the safety of the community because probable cause exists that the defendant committed an offense for which the maximum penalty is more than ten years pursuant to the Controlled Substances Act. The Government would rely on the presumption at the detention hearing.

The United States submits that at a hearing in this matter, it would establish that on July 27, 2026, the defendant sold 57 grams of powder cocaine to an undercover federal agent and a confidential informant working for ATF. On July 30, 2026, he sold 29 grams of crack to the same pair. The transactions was audio and video recorded. The defendant has five prior felony convictions for selling cocaine and the United States submits that he is a Career Offender. With the presumption and the dangerous drugs trafficked in this case, United States submits that the evidence of dangerousness is strong. Based on these aforementioned facts that the United States intends to show at the hearing in this matter, the United States respectfully submits that "no condition or combination of conditions will reasonably assure the appearance of the person and the safety of any other person and the community." 18 U.S.C. § 3142(e)(1).

The United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney

By:

*/s/ Robert E. McGuire*
ROBERT E. McGUIRE
First Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: (615) 736-5151